FILED: 1/24/13

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Michael F. Ashley*, | CASE NO. CV 12-9105-GHK (FMOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Michael Jacobs, et. al.*, | |
| Defendants. | |

Pursuant to the Court's January 24, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Michael F. Ashley's claims against Defendants Michael Jacobs and Patricia W. Jacobs are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: January 24, 2013

_____
GEORGE H. KING
Chief United States District Judge